## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PA. DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Aleksandor Vulfov aka Alex Vulfov<br>&<br>Lioudmila K. Vulfov aka Lioudmila Kim<br><u>Debtors</u> | CHAPTER 13<br><br>BKY. NO. 18-18463 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PNC BANK NATIONAL ASSOCIATION and index same on the master mailing list.

          Respectfully submitted,

          **/s/ Kevin G. McDonald, Esq.**
          Kevin G. McDonald, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322