# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-18463-AMC

ALEKSANDOR  VULFOV
LIOUDMILA K VULFOV
17 REMINGTON PLACE

WARMINSTER, PA 18974

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    ALEKSANDOR  VULFOV
    LIOUDMILA K VULFOV
    17 REMINGTON PLACE

    WARMINSTER, PA 18974

**Counsel for debtor(s), by electronic notice only.**
    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                    /s/ William C. Miller

Date: 3/27/2019

                                    _____
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee