# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-18463-amc** |
| **Aleksandor Vulfov AKA Alex Vulfov** : | **Chapter 13** |
| **Lioudmila k. Vulfov AKA Lioudmila** : | **Judge Ashely M. Chan** |
| **Kim** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Debtor(s)** | |
| : | |
| **Nationstar Mortgage LLC d/b/a Mr.** : | **Date and Time of Hearing** |
| **Cooper** : | **Place of Hearing** |
| **Movant,** : | **April 30, 2019 at 11:00 a.m.** |
| : | |
| **vs** : | |
| : | **U.S. Bankruptcy Court** |
| **Aleksandor Vulfov AKA Alex Vulfov** : | **900 Market Street, Courtroom #4** |
| **Lioudmila k. Vulfov AKA Lioudmila** : | **Philadelphia, PA, 19107** |
| **Kim** : | |

**WILLIAM C. MILLER, Esq.**
          **Respondents.**

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE

Nationstar Mortgage LLC d/b/a Mr. Cooper has filed a Motion for Relief from Automatic Stay.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before April 18, 2019, you or your attorney must do **ALL** of the following:

   A. File an answer explaining your position at:

   **Clerk, U.S. Bankruptcy Court**
   U.S. Bankruptcy Court
   900 Market Street
   Philadelphia, PA, 19107

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above, and

   B. Mail a copy to the Creditor's attorney and the below listed:

United States Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

WILLAIM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above, and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on April 30, 2019 at 11:00 a.m. in U.S. Bankruptcy Court, 900 Market Street, Courtroom #4, Philadelphia, PA, 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office to find out whether the hearing has been canceled because no one filed an answer.

DATE:   April 3, 2019

19-000369_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-18463-amc** |
| **Aleksandor Vulfov AKA Alex Vulfov** : | **Chapter 13** |
| **Lioudmila k. Vulfov AKA Lioudmila** : | **Judge Ashely M. Chan** |
| **Kim** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| : | |
| **Nationstar Mortgage LLC d/b/a Mr.** : | **Date and Time of Hearing** |
| **Cooper** : | **Place of Hearing** |
| **Movant,** : | **April 30, 2019 at 11:00 a.m.** |
| : | |
| **vs** : | **U.S. Bankruptcy Court** |
| : | **900 Market Street, Courtroom #4** |
| **Aleksandor Vulfov AKA Alex Vulfov** : | **Philadelphia, PA, 19107** |
| **Lioudmila k. Vulfov AKA Lioudmila** : | |
| **Kim** : | |

**WILLIAM C. MILLER, Esq.**
        **Respondents.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Motion, Response Deadline, and Hearing Date regarding Motion for Relief from Automatic Stay was served on the parties listed below via e-mail notification:

   United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

   WILLIAM C. MILLER, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

   Diana M. Dixon, Attorney for Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, Dixon Law Offices, 107 N. Broad Street, Suite 307, Doylestown, PA  18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on April _3_, 2019:

   Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Place, Warminster, PA  18974

19-000369_EJS1

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Pl, Ivyland, PA 18974-1274

PNC Bank, PO Box 1820, Dayton, OH 45401-1820

DATE: April 3, 2019

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-000369_EJS1