UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – PHILADELPHIA DIVISION

In Re: Aleksandor Vulfov  ) Case No.: 18-18463-amc
　　　Lioudmila k. Vulfov  )
　　　　　　　　　　　　　) CHAPTER 13
　　　Debtor.  )
　　　　　　　　　　　　　) **REQUEST FOR NOTICE**
　　　　　　　　　　　　　)

**REQUEST OF SN SERVICING FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that SN SERVICING as servicer U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust ("SNSC"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  SNSC requests that for all notice purposes and for inclusion in the Master Mailing List
2  in this case, the following address be used:

3  **PHYSICAL ADDRESS:**              **EMAIL ADDRESS:**
   SN Servicing Corporation            BKNotices@snsc.com
4  323 5th Street
5  Eureka, CA 95501

6
7
8  Dated:  December 17, 2019          By: /s/ Kathy Watson
                                       Kathy Watson
9                                      c/o SN Servicing Corporation
                                       Bankruptcy Asset Manager
10                                     323 5th Street
                                       Eureka, CA 95501
11                                     800-603-0836
12                                     BKNotices@snservicing.com

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
REQUEST FOR NOTICE

# **CERTIFICATE OF SERVICE**

On December 17, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
DIANA M. DIXON
dianamdixonesq@gmail.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz

On December 17, 2019, I served the foregoing documents described as REQUEST FOR NOTICE on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

| | |
|---|---|
| **Debtor**<br>**Aleksandor Vulfov**<br>17 Remington Place<br>Warminster, PA 18974<br><br>**Joint Debtor**<br>**Lioudmila k. Vulfov**<br>17 Remington Place<br>Warminster, PA 18974 | **Trustee**<br>**WILLIAM C. MILLER, Esq.**<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105<br><br>**U.S. Trustee**<br>**United States Trustee**<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Evan Tragarz
Evan Tragarz