# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-18463-AMC

ALEKSANDOR VULFOV
LIOUDMILA K VULFOV
17 REMINGTON PLACE

WARMINSTER, PA 18974

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEKSANDOR VULFOV
    LIOUDMILA K VULFOV
    17 REMINGTON PLACE

    WARMINSTER, PA 18974

Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    107 N BROAD ST
    SUITE 307
    DOYLESTOWN, PA 18901

Date: 2/20/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee