## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Alexandor Vulfov                                    Bankruptcy No. 18-18463
                    and
            Lioudmila K. Vulfov
                    Debtors                                    Chapter 13


### CERTIFICATION OF SERVICE


  Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **May 22, 2020** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Modified Plan to all creditors.

  The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.


<u>S/Diana M. Dixon, Esquire</u>
Diana M. Dixon, Esquire