UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alexandor Vulfov                             Bankruptcy No. 18-18463
       and
       Lioudmila K. Vulfov
              Debtors                                Chapter 13

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

**Debtors, Alexander Vulfor and Lioudmils K. Vulfov,** have filed a **Motion to Modify the Plan Post Confirmation.**

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (if you do not have an attorney, you may wish to consult an attorney.)**

1.  If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your view on the Motion, then on or before **June 5, 2020** you or your attorney must do **all** of the following:

    a)  file an answer explaining your position at U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107 - 4299.  If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above:

    b)  mail a copy to Movants attorney:

        **Diana M. Dixon, Esquire
        107 N. Broad Street
        Suite 307
        Doylestown, PA  18901
        Ph:    215-348-1500
        Fax:   215-348-9879**

2.  If you or your attorney do not take the steps described in paragraph 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the Motion.

**3.** **A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on June 23, 2020, at 10:00 a.m. in Courtroom 4, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.**

**4.** If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

**5.** You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DATE: May 22, 2020**

**S/ Diana M. Dixon**
**Diana M. Dixon**
**107 N. Broad Street**
**Doylestown, PA  18901**