United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Aleksandor Vulfov  
Lioudmila k. Vulfov  
    Debtors

Case No. 18-18463-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: Antoinett   Page 1 of 1   Date Rcvd: Jun 10, 2020  
                     Form ID: trc   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14440689      +E-mail/Text: bknotices@snsc.com Jun 11 2020 04:09:12     US Bank Trust National Association,    c/o SN Servicing Corporation,   323 Fifth St,   Eureka, CA 95501-0305
                                                                                                                                                                                  TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2020 at the address(es) listed below:
        DIANA M. DIXON    on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com
        DIANA M. DIXON    on behalf of Debtor Aleksandor   Vulfov dianamdixonesq@gmail.com
        KARINA   VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
        KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                        TOTAL: 6

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-18463-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Aleksandor Vulfov<br>17 Remington Place<br>Warminster PA 18974 | Lioudmila k. Vulfov<br>17 Remington Place<br>Warminster PA 18974 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/09/2020.

Name and Address of Alleged Transferor(s):

Claim No. 3: US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501

Name and Address of Transferee:

US Bank Trust, NA as Trustee of the Cabana Series
c/o SN Servicing Corporation
323 Fifth Street
Eureka, CA 95501

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/12/20

Tim McGrath
**CLERK OF THE COURT**