UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov<br>and<br>Lioudmila K. Vulfov<br>Debtors | Bankruptcy No. 18-18463<br><br>Chapter 13 |

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtors in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Modify the Plan Post Confirmation on or before June 17, 2020 which is more than twenty-one (21) days from when the Motion was served.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.