**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Aleksandor Vulfov | : | Chapter 13 |
| And | | |
| Lioudmila K. Vulfov | | |
| Debtors | : | Bky. No. 1 8 - 1 8 4 6 3 |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #49)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' First Modified Chapter 13 Plan **(Doc. # 45)** is **APPROVED**.

**Date:**
**Date: September 2, 2020**

Ashely M. Chan
U.S. BANKRUPTCY JUDGE