United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-18463-amc
Aleksandor Vulfov                                                       Chapter 13
Lioudmila k. Vulfov
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1              Date Rcvd: Sep 02, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2020.
db/jdb         +Aleksandor Vulfov,    Lioudmila k. Vulfov,   17 Remington Place,    Warminster, PA 18974-1274

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 2, 2020 at the address(es) listed below:
              BRIAN E. CAINE    on behalf of Creditor    US Bank Trust National Association as Trustee of the
               Cabana Series IV Trust bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              DIANA M. DIXON    on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com
              DIANA M. DIXON    on behalf of Debtor Aleksandor    Vulfov dianamdixonesq@gmail.com
              KARINA    VELTER     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               amps@manleydeas.com
              KEVIN G. MCDONALD     on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Aleksandor Vulfov            :        Chapter 13

And

Lioudmila K. Vulfov

Debtors            :        Bky. No. 18-18463

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #49)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' First Modified Chapter 13 Plan **(Doc. # 45)** is **APPROVED**.

Date:
**Date: September 2, 2020**

**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**