

---

85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

October 15, 2020

Hon. Ashely M. Chan
United States Bankruptcy Court
Eastern District of Pennsylvania
Philadelphia Office
900 Market Street, Suite 400
Philadelphia, PA 19107

**Re: Aleksandor Vulfov Case No.: 18-18463-amc**

Dear Judge Chan:

Our office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, a secured creditor of the above referenced Debtor. Please be advised that the Notice of Appearance filed on October 5, 2020 (ECF Docket No. 68) is hereby withdrawn.

Should you have any questions concerning the foregoing, please do not hesitate to contact the undersigned.

Respectfully submitted,

By: /s/Richard Postiglione
Richard Postiglione, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for Movant
Friedman Vartolo LLP
1325 Franklin Avenue, Suite 230
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150

cc:
 Aleksandor Vulfov aka Alex Vulfov, 17 Remington Place, Warminster, PA 18974
Lioudmila k. Vulfov aka Lioudmila Kim, 17 Remington Place, Warminster, PA 18974
Diana M. Dixon, Dixon Law Offices, 107 N. Broad Street, Suite 307, Doylestown, PA 18901
William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105
U.S. Trustee, Office of the U.S. Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106