**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Aleksandor Vulfov** | : Bankruptcy No.18-18463 |
| **Lioudmila K. Vulfov** | |
|     **Debtors** | |
| | |
| **U.S. Bank Trust National Association,** | |
| **As Trustee of Cabana Series IV Trust** | |
|     **Movant** | : Chapter 13 |
|     v. | |
| **Aleksandor Vulfov** | |
| **Lioudmila K. Vulfov** | |
|     **Debtors** | |
|     and | |
| **William C. Miller, Esq.** | :11 U.S.C. Section 362(d) |
|     **Trustee** | |

**OBJECTION TO CERTIFICATION OF DEFAULT**
**OF CITIFINANCIAL**

Debtors object to an entry of default. Debtors has cured the arrearage.

**S/ Diana M. Dixon, Esq.**
**Diana M. Dixon, Esq.**
