**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Aleksandor Vulfov** | **: Bankruptcy No.18-18463** |
| **Lioudmila K. Vulfov** | |
| **Debtors** | |

| | |
|---|---|
| **U.S. Bank Trust National Association,** | |
| **As Trustee of Cabana Series IV Trust** | |
| **Movant** | **: Chapter 13** |
| **v.** | |
| **Aleksandor Vulfov** | |
| **Lioudmila K. Vulfov** | |
| **Debtors** | |
| **and** | |
| **William C. Miller, Esq.** | **:11 U.S.C. Section 362(d)** |
| **Trustee** | |

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Attorney for the Debtors in the above-captioned matter hereby verifies that on November 24, 2020 she did serve by first class mail or fax or by electronic means, a copy of Debtors' Objection to Certification of Default to the following persons at the addresses listed below:

William C. Miller, Esq.
P.O. Box 40119
Philadelphia, PA 19116

Friedman Vartolo, LLP
ATTN: Lorraine Gazzara Doyle, Esq.
1325 Franklin Avenue, Suite 230
Garden City, New York  11530

United States Trustee
833 Chestnut Street – Suite 500
Philadelphia, PA 19107

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 PA C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon
**DIANA M. DIXON**
Attorney for Debtors
107 North Broad Street      Suite 307
Doylestown, PA 18901