UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Aleksandor Vulfov** | : Bankruptcy No.18-18463 |
| **Lioudmila K. Vulfov** | |
|    **Debtors** | |
| | |
| **U.S. Bank Trust National Association,** | |
| **As Trustee of Cabana Series IV Trust** | |
|    **Movant** | : Chapter 13 |
|    v. | |
| **Aleksandor Vulfov** | |
| **Lioudmila K. Vulfov** | |
|    **Debtors** | |
|   **and** | |
| **William C. Miller, Esq.** | :**11 U.S.C. Section 362(d)** |
|    **Trustee** | |

**OBJECTION TO CERTIFICATION OF DEFAULT**
**OF CITIFINANCIAL**

Debtors object to an entry of default. Debtors has cured the arrearage.

                 **S/ Diana M. Dixon, Esq.**
                   **Diana M. Dixon, Esq.**