*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Aleksandor Vulfov and
Lioudmila k. Vulfov
    Debtor(s)

Case No: 18–18463–amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust Filed by Aleksandor Vulfov , Lioudmila k. Vulfov

    on: 12/15/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  11/25/20

Timothy B. McGrath
Clerk of Court

78 – 77
Form 167