

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

December 14, 2020

Honorable Judge Ashely M. Chan
United States Bankruptcy Court
Robert N.C. Nix Sr. Federal Courthouse
900 Market Street, Suite 201
Philadelphia, PA 19107

**RE: Aleksandor Vulfov and Lioudmila k. Vulfov (18-18463-amc)**

Dear Honorable Judge Frank:

Please be advised our office represents Secured Creditor SN Servicing Corporation in the above referenced matter. Our office hereby withdraws our Certification of Default filed on November 4, 2020 (Docket #73).

Please do not hesitate to contact our office should you have any questions or require any additional information regarding this matter. Thank you for your time and attention to this matter.

                                            Respectfully Submitted,

                                            By: /s/ Lorraine Gazzara Doyle
                                            Lorraine Gazzara Doyle, Esq.
                                            FRIEDMAN VARTOLO LLP
                                            Attorneys for Movant
                                            1325 Franklin Avenue, Suite 230
                                            Garden City, New York 11530
                                            T: (212) 471-5100
                                            F: (212) 471-5150
                                            Bankruptcy@FriedmanVartolo.com