United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-18463-amc

Aleksandor Vulfov  Chapter 13

Lioudmila k. Vulfov

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Adminstra     Page 1 of 2

Date Rcvd: Dec 15, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Aleksandor Vulfov, Lioudmila k. Vulfov, 17 Remington Place, Warminster, PA 18974-1274

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:

**Name**    **Email Address**

BRIAN E. CAINE
    on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DIANA M. DIXON
    on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com

DIANA M. DIXON
    on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com

KARINA VELTER
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 1 |

LORRAINE GAZZARA DOYLE
   on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust Lorraine@mvrlaw.com Diane@mvrlaw.com;bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka Lioudmila Kim<br>　　　　　　Debtors<br><br>PNC BANK NATIONAL ASSOCIATION<br>　　　　　　Movant<br>　　vs.<br><br>Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka Lioudmila Kim<br>　　　　　　Debtors<br><br>William C. Miller, Esquire<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-18463 AMC<br><br><br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$12,919.53**, which breaks down as follows;

Post-Petition Payments:　　November 2019 to November 2020 at $993.81/month
**Total Post-Petition Arrears**　　**$12,919.53**

2. The Debtor(s) shall cure said arrearages in the following manner;

　　a). Beginning on December 1, 2020 and continuing through November 1, 2021, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$993.81** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of $1,076.63 from December 2020 to October 2021 and $1,076.60 for November 2021 towards the arrearages on or before the last day of each month at the address below;

PNC BANK, NATIONAL ASSOCIATION
P.O. BOX 94982
CLEVELAND, OH 44101

　　b).　Maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should documentation of sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: November 25, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 12-11-25

Diana M. Dixon, Esquire
Attorney for Debtors

Date: December 14, 2020          /s/ Jack Miller, Esquire, for*          *No objection to its terms, without prejudice to any of our rights and remedies
William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2020. However, the court retains discretion regarding entry of any further order.

**Date: December 15, 2020**

_____
Bankruptcy Judge
Ashely M. Chan