## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Alexandor Vulfov  
and  
Lioudmila K. Vulfov  
Debtors

Bankruptcy No. 18-18463

Chapter 13

## ORDER

**AND NOW,** this _____ day of _____, 2021 upon consideration of Debtors' Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2

It is Ordered that Fees in the amount of $750.00 are Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

**Date: March 8, 2021**

_____  
Ashely M. Chan

U.S. BANKRUPTCY JUDGE