# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Aleksandor Vulfov AKA Alex Vulfov** | : | Case No.: 18-18463 |
| **Lioudmila k. Vulfov AKA Lioudmila** | : | Chapter 13 |
| **Kim** | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor").

**Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-000369_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-18463** |
| **Aleksandor Vulfov AKA Alex Vulfov** : | **Chapter 13** |
| **Lioudmila k. Vulfov AKA Lioudmila** : | **Judge Ashely M. Chan** |
| **Kim** : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| : | |
| **Nationstar Mortgage LLC d/b/a Mr.** : | **Related Document #** |
| **Cooper** : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Aleksandor Vulfov AKA Alex Vulfov** : | |
| **Lioudmila k. Vulfov AKA Lioudmila** : | |
| **Kim** : | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Diana M. Dixon, Attorney for Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 107 N. Broad Street, Suite 307, Doylestown, PA 18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 9, 2021:

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Place, Warminster, PA 18974

19-000369_PS

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Place, Ivyland, PA  18974

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Pl, Ivyland, PA  18974-1274

PNC Bank, PO Box 1820, Dayton, OH  45401-1820

DATE: March 9, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-000369_PS