IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV,<br>      Debtor<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION,<br>      Movant<br>   v.<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV, and<br>WILLIAM C.MILLER, Chapter 13 Trustee<br>      Respondents | Bankruptcy No. 18-18463-amc<br><br>Chapter 13<br><br>Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on the July 22, 2021, I served copies of the Motion for Relief from the Automatic Stay and Notice of Hearing upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system, at the following addresses:

| | |
|---|---|
| Aleksandor Vulfov<br>Lioudmila k. Vulfov<br>17 Remington Place<br>Warminster, PA 18974 | Diana M. Dixon<br>Dixon Law Offices<br>107 N. Broad Street, Suite 307<br>Doylestown, PA 18901 |

| | |
|---|---|
| William C. Miller<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Office of the U.S. Trustee<br>200 Chestnut Street, Suite 502<br>Philadelphia, PA 19106 |

                        By: /s/ Keri P. Ebeck
                        Keri P. Ebeck, Esq.
                        PA I.D. # 91298
                        kebeck@bernsteinlaw.com
                        707 Grant Street
                        Suite 2200, Gulf Tower
                        Pittsburgh, PA 15219
                        Phone (412) 456-8112
                        Fax: (412) 456-8135