### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Aleksandor Vulfov AKA Alex Vulfov** | : | Case No.: 18-18463 |
| **Lioudmila k. Vulfov AKA Lioudmila Kim** | : | Chapter 13 |
| | : | Judge Ashely M. Chan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Nationstar Mortgage LLC d/b/a Mr. Cooper** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Sarah E. Barngrover | /s/ Adam B. Hall |
| Sarah E. Barngrover (28840-64) | Adam B. Hall (323867) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| sebarngrover@manleydeas.com | abh@manleydeas.com |

19-000369_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 18-18463 |
| **Aleksandor Vulfov AKA Alex Vulfov** | : Chapter 13 |
| **Lioudmila k. Vulfov AKA Lioudmila** | : Judge Ashely M. Chan |
| **Kim** | : * * * * * * * * * * * * * * * * * * * |
| | |
| **Debtor(s)** | |
| | : |
| **Nationstar Mortgage LLC d/b/a Mr.** | : Related Document # |
| **Cooper** | : |
| **Movant,** | : |
| vs | : |
| | : |
| **Aleksandor Vulfov AKA Alex Vulfov** | : |
| **Lioudmila k. Vulfov AKA Lioudmila** | : |
| **Kim** | : |
| | |
| **William C. Miller** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Diana M. Dixon, Attorney for Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 107 N. Broad Street, Suite 307, Doylestown, PA 18901, dianamdixonesq@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 4, 2021:

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Place, Warminster, PA 18974

19-000369_PS

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Place, Ivyland, PA  18974

Aleksandor Vulfov AKA Alex Vulfov and Lioudmila k. Vulfov AKA Lioudmila Kim, 17 Remington Pl, Ivyland, PA  18974-1274

DATE: September 4, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

19-000369_PS