IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV,<br>　　　　Debtor<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION,<br>　　　　Movant<br>　v.<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV, and<br>WILLIAM C.MILLER, Chapter 13 Trustee<br>　　　　Respondents | Bankruptcy No. 18-18463-amc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing

Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the

Stipulation is approved.


　　　　　　　　　　　　　　　　BY THE COURT


　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Honorable Ashely M. Chan
　　　　　　　　　　　　　　　　U.S. Bankruptcy Court Judge