IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV,<br>     Debtor<br><br>TOYOTA MOTOR CREDIT<br>CORPORATION,<br>     Movant<br>  v.<br><br>ALEKSANDOR VULFOV and<br>LIOUDMILA K. VULFOV, and<br>WILLIAM C. MILLER, Chapter 13 Trustee<br>     Respondents | Bankruptcy No. 18-18463-amc<br><br>Chapter 13<br><br>Document No. |

ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

_____
Honorable Ashely M. Chan
U.S. Bankruptcy Court Judge

**Date: September 8, 2021**