UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Aleksandor Vulfov aka Alex Vulfov  : Bankruptcy No.18-18463
Lioudmila K. Vulfov aka
Lioudmila Kim
    Debtors

SN Servicing Corporation as servicer
for U.S. Bank Trust National Association
as Trustee of Cabana Series IV Trust
    Movant         : Chapter 13

v.

Aleksandor Vulfov aka Alex Vulfov
Lioudmila K. Vulfov aka
Lioudmila Kim
Kenneth E. West, Esq.
    Respondents

## OBJECTION TO CERTIFICATION OF DEFAULT

Debtors object to an entry of default. Debtors will be able to cure the arrearage.

S/ Diana M. Dixon, Esq.
Diana M. Dixon, Esq.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka<br>Lioudmila Kim<br>    Debtors | : Bankruptcy No.18-18463 |
| SN Servicing Corporation as servicer<br>for U.S. Bank Trust National Association<br>as Trustee of Cabana Series IV Trust<br>    Movant | : Chapter 13 |
| v. | |
| Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka<br>Lioudmila Kim<br>William C. Miller, Esq.<br>    Respondents | |

### CERTIFICATION OF SERVICE

Diana M. Dixon, Attorney for the Debtors in the above-captioned matter hereby verifies that on November 3, 2021 she did serve by first class mail or fax or by electronic means, a copy of Debtors' Objection to Certification of Default to the following persons at the addresses listed below:

Kenneth E. Esq.
P.O. Box 40837
Philadelphia, PA 19107

Friedman Vartolo, LLP
ATTN: Lorraine Gazzara Doyle, Esq.
1325 Franklin Avenue, Suite 230
Garden City, New York 11530

Office of the United States Trustee
Custom House
200 Chestnut Street – Suite 502
Philadelphia, PA 19106

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 PA C.S. 4904, relating to unsworn falsification to authorities.

S/Diana M. Dixon
**DIANA M. DIXON**
Attorney for Debtors
107 North Broad Street   Suite 307
Doylestown, PA 18901