United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Aleksandor Vulfov  
Lioudmila k. Vulfov  
    Debtors

Case No. 18-18463-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 04, 2021      Form ID: 167      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aleksandor Vulfov, Lioudmila k. Vulfov, 17 Remington Place, Warminster, PA 18974-1274 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | US Bank Trust National Association as Trustee of t, Ghidotti Berger, LLP, 1920 Old Tustin Ave, Santa Ana, CA 92705-7811 |
| 14252215 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14270780 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14276622 | + | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14577130 | + | Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 14252230 | | First Atlantic Auto Credit, 14 Breakneck Hill Road, # 200, South Park, PA 15129-3600 |
| 14252232 | + | GC Services Limited Partnership, PO Box 3855, Houston, TX 77253-3855 |
| 14252233 | | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14252235 | + | JHPDE Finance 1, LLC, 5757 Phantom Drive, Hazelwood, MO 63042-2415 |
| 14252237 | | Manley Deas Kochalski, LLC, ATTN: Christina Lynn Connor, Esq., PO Box 165028, Columbus, OH 43216-5028 |
| 14252239 | + | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14256683 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14255391 | | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14252240 | | Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 14295549 | + | PNC Bank National Association, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14548193 | #+ | SN Servicing Corporation, as Servicer for U.S. Bank Trust, c/o FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, 1325 Franklin Avenue, Suite 230 Garden City, NY 11530-1631 |
| 14252244 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, ATTN: Bankruptcy Dept., PO Box 8026, Cedar Rapids, IA 52409-8026 |
| 14271889 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14252245 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14252246 | + | Zwicker & Associates, P.C., ATTN: Jonathan P. Cawley, Esq., 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14252218 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2021 23:35:02 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14261765 | + | Email/Text: bankruptcy@cavps.com | Nov 04 2021 23:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14262001 | + | Email/Text: bankruptcy@cavps.com | Nov 04 2021 23:26:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |

| District/off: 0313-2 | User: admin | | Page 2 of 4 |
|---|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 167 | | Total Noticed: 51 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14252221 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:05 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14252222 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:05 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14252223 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:09 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14252224 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 04 2021 23:26:00 | Comenity Bank (Victoria Secret), Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14252225 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 04 2021 23:35:04 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14252229 | | Email/Text: mrdiscen@discover.com | Nov 04 2021 23:26:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14252217 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:05 | Bloomingdales, PO Box 8058, Mason, OH 45040-8058 |
| 14252236 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:05 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14252226 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:05 | Department Stores Nat'l Bank, PO Box 8066, Mason, OH 45040-8066 |
| 14252227 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 04 2021 23:35:13 | Department Stores Nat'l Bk-Bloomingdales, PO Box 8066, Mason, OH 45040-8066 |
| 14252228 | | Email/Text: mrdiscen@discover.com | Nov 04 2021 23:26:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 14254118 | | Email/Text: mrdiscen@discover.com | Nov 04 2021 23:26:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252231 | | Email/Text: GCSBankruptcy@gcserv.com | Nov 04 2021 23:26:00 | GC Services Limited Partnershi, 6330 Gulfton, Houston, TX 77081 |
| 14252234 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2021 23:26:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252219 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 04 2021 23:35:06 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14252220 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 04 2021 23:35:06 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14263883 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 04 2021 23:35:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14252238 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2021 23:26:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14273475 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 04 2021 23:26:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14252241 | + | Email/Text: bnc@nordstrom.com | Nov 04 2021 23:26:09 | Nordstrom, PO Box 6555, Englewood, CO 80155-6555 |
| 14252242 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2021 23:26:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 14326290 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 04 2021 23:26:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14252243 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 04 2021 23:35:11 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14261984 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2021 23:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14440689 | + | Email/Text: bknotices@snsc.com | Nov 04 2021 23:26:00 | US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 167 | Total Noticed: 51 |

| 14509910 | + Email/Text: bknotices@snsc.com | Nov 04 2021 23:26:00 | 95501-0305<br>US Bank Trust, NA as Trustee of the Cabana Series, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
|---|---|---|---|

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | US Bank Trust National Association |
| 14252216 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14279361 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14252214 | ## | Atlantic Credit & Finance, Inc., PO Box 13386, Roanoke, VA 24033-3386 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:**

**Name** — **Email Address**

ADAM BRADLEY HALL
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

BRIAN E. CAINE
on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DIANA M. DIXON
on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com

DIANA M. DIXON
on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK
on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

LORRAINE GAZZARA DOYLE
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@friedmanvartolo.com bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 04, 2021 | Form ID: 167 | Total Noticed: 51 |

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Aleksandor Vulfov and
Lioudmila k. Vulfov
    Debtor(s)

Case No: 18−18463−amc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust

    on: 11/30/21

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date:  11/4/21

Timothy B. McGrath
Clerk of Court

116 − 115
Form 167