UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aleksander Vulfov aka Alex Vulfov<br>Lioudmila k. Vulfov<br>aka Lioudmila Kim<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust<br>Movant<br>v.<br><br>Aleksander Vulfov aka Alex Vulfov<br>Lioudmila k. Vulfov<br>aka Lioudmila Kim<br>William C. Miller - Trustee<br>Respondents | CASE NO.: 18-18463-amc<br><br>CHAPTER 13<br><br>JUDGE: Ashely M. Chan |

**CONDITIONAL ORDER RESOLVING CERTIFICATION OF DEFAULT**

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust dated November 1, 2021 and for good cause, it is hereby

**ORDERED** that on or before December 28, 2021, Debtors shall tender funds in the amount of $12,342.37 to cure the post-petition delinquency and bring Debtor due for January 1, 2022. Debtors are currently post-petition due for July 1, 2021-December 1, 2021 at $3,016.94 a month, accrued late charges of $980.76, attorney's fees of $100.00, less suspense in the amount of $1,840.03 and payment tendered December 9, 2021 in the amount of $5,000.00.

**ORDERED** if the Debtor is not post-petition current as of December 29, 2021, the Court will sign the Order Granting Relief from the Automatic Stay;

**ORDERED** that any further post-petition delinquency will result in Court Granting Relief from the Automatic Stay;

**ORDERED** that the Movant may proceed in State Court up to and except Sheriff's Sale prior to the December 28, 2021 deadline.

BY THE COURT:

**Date: January 4, 2022**

_____

U.S.B.J.