United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-18463-amc |
| Aleksandor Vulfov | Chapter 13 |
| Lioudmila k. Vulfov | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aleksandor Vulfov, Lioudmila k. Vulfov, 17 Remington Place, Warminster, PA 18974-1274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2022          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| DIANA M. DIXON | on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com   philaecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 05, 2022 | Form ID: pdf900 | Total Noticed: 1 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

LORRAINE GAZZARA DOYLE
    on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust ldoyle@milsteadlaw.com  bankruptcy@friedmanvartolo.com

REBECCA ANN SOLARZ
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Aleksander Vulfov aka Alex Vulfov
Lioudmila k. Vulfov
aka Lioudmila Kim
Debtor

SN Servicing Corporation as servicer
for U.S. Bank Trust National
Association as Trustee of the Cabana
Series IV Trust
Movant
v.

Aleksander Vulfov aka Alex Vulfov
Lioudmila k. Vulfov
aka Lioudmila Kim
William C. Miller - Trustee
       Respondents

CASE NO.: 18-18463-amc

CHAPTER 13

JUDGE: Ashely M. Chan

### CONDITIONAL ORDER RESOLVING CERTIFICATION OF DEFAULT

**UPON** consideration of the Certification of Default filed by SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust dated November 1, 2021 and for good cause, it is hereby

**ORDERED** that on or before December 28, 2021, Debtors shall tender funds in the amount of $12,342.37 to cure the post-petition delinquency and bring Debtor due for January 1, 2022. Debtors are currently post-petition due for July 1, 2021-December 1, 2021 at $3,016.94 a month, accrued late charges of $980.76, attorney's fees of $100.00, less suspense in the amount of $1,840.03 and payment tendered December 9, 2021 in the amount of $5,000.00.

**ORDERED** if the Debtor is not post-petition current as of December 29, 2021, the Court will sign the Order Granting Relief from the Automatic Stay;

**ORDERED** that any further post-petition delinquency will result in Court Granting Relief from the Automatic Stay;

**ORDERED** that the Movant may proceed in State Court up to and except Sheriff's Sale prior to the December 28, 2021 deadline.

BY THE COURT:

**Date: January 4, 2022**

_____

U.S.B.J.