### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Aleksandor Vulfov and
Lioudmila k. Vulfov

Debtor(s)

Case No: 18−18463−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Certification of Default of Creditor PNC BANK
NATIONAL ASSOCIATION filed by Debtor Aleksandor Vulfov,
Joint Debtor Lioudmila k. Vulfov.

on: 11/29/22

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA
19107

For The Court

Date:  10/24/22

Timothy B. McGrath
Clerk of Court

129 – 128
Form 167