# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-18463-AMC

ALEKSANDOR  VULFOV
LIOUDMILA K VULFOV
17 REMINGTON PLACE

WARMINSTER, PA 18974

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    ALEKSANDOR  VULFOV
    LIOUDMILA K VULFOV
    17 REMINGTON PLACE

    WARMINSTER, PA 18974


Counsel for debtor(s), by electronic notice only.

    DIANA M DIXON ESQUIRE
    PO BOX 8333

    WAYNE, PA 19087-

Date: 1/17/2023

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee