**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE**: Alexandor Vulfov<br>and<br>Lioudmila K. Vulfov<br>Debtors | Bankruptcy No. 18-18463<br><br>Chapter 13 |

**CERTIFICATION OF SERVICE**

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **January 27, 2023,** pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by fax, regular mail or by electronic means, a copy of the Notice of the Motion to Sell Real Estate to all creditors on the Matrix, Clerk's Service List and any party that entered an appearance and a copy of the Motion to Sell Real Estate to the following:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
PO Box 40837
Philadelphia, PA  19107

Aleksander Vulfov
Lioudmila Vulfov
17 Remington Place
Warminster, PA  18974

Office of the United States Trustee
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA   19107

KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106-1532

Freedman Vartolo, LLP
Lorraine Gazzara, Esq.
1325 Franklin Avenue

Suite 230
Garden City, NY  11530

    The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

<u>S/Diana M. Dixon, Esquire</u>
**DIANA M. DIXON, Esquire**
**107 N. Broad St.**
**Suite 307**
**Doylestown, PA  18901**
**215-534-1258**