*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Aleksandor Vulfov and
Lioudmila k. Vulfov
    Debtor(s)

Case No: 18–18463–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust filed by Aleksandor Vulfov, Lioudmila K. Vulfov.

on: 3/7/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  1/30/23

Timothy B. McGrath
Clerk of Court

141 – 140
Form 167