United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 18-18463-amc

Aleksandor Vulfov  
Lioudmila k. Vulfov  
    Debtors

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 30, 2023      Form ID: 167      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Aleksandor Vulfov, Lioudmila k. Vulfov, 17 Remington Place, Warminster, PA 18974-1274 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 30, 2023 | Form ID: 167 | Total Noticed: 1 |

DIANA M. DIXON
　　　　　　　　　　on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com

JASON BRETT SCHWARTZ
　　　　　　　　　　on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

JONATHAN C. SCHWALB
　　　　　　　　　　on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST
　　　　　　　　　　ecfemails@ph13trustee.com  philaecf@gmail.com

KERI P EBECK
　　　　　　　　　　on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD
　　　　　　　　　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

ROGER FAY
　　　　　　　　　　on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust rfay@milsteadlaw.com  bkecf@milsteadlaw.com

United States Trustee
　　　　　　　　　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In Re: Aleksandor Vulfov and
Lioudmila k. Vulfov
    Debtor(s)

Case No: 18−18463−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Response to Certification of Default by Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust filed by Aleksandor Vulfov, Lioudmila K. Vulfov.

on: 3/7/23

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 1/30/23

Timothy B. McGrath
Clerk of Court

141 − 140
Form 167