## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov<br>and<br>Lioudmila K. Vulfov<br>Debtors | Bankruptcy No. 18-18463<br><br>Chapter 13 |

### CERTIFICATION OF SERVICE

    Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on **March 4, 2023** pursuant to the Local Rules for Pennsylvania Eastern District Bankruptcy Court, she did mail a copy of the Second Modified Plan Post Confirmation to all creditors on the Matrix, the Clerk's Service List and any party that entered an appearance along with the Standing Chapter 13 Trustee and US Trustee's Office.

    The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

                                                          S/Diana M. Dixon, Esquire
                                                            Diana M. Dixon, Esquire