# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov and Lioudmila K. Vulfov  Debtors | Bankruptcy No. 18-18463  Chapter 13 |

## CERTIFICATION OF SERVICE

Diana M. Dixon, Esquire, hereby verifies that she is the attorney for the Debtors in the above-captioned matter; that on March 4, 2023, pursuant to the Local Rules for the United States Bankruptcy Court for the Eastern District of Pennsylvania, she did post, by regular mail or by electronic means, a copy of the Motion to Modify the Plan Post Confirmation as well as the Notice, Response Deadline and Hearing Date to the creditors on the matrix, on the clerk's service list, all parties in interest and all creditors who entered an appearance as well as to the following:

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
PO Box 40837
Philadelphia, PA  19107

Aleksander Vulfov
Lioudmila Vulfov
17 Remington Place
Warminster, PA  18974

Office of the United States Trustee
Robert N.C. Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA  19107

The Deponent verifies that the statements herein are true and correct, and understands that false statements herein are made subject to the penalties of 18 Pa. C.S. 4904, relating to unsworn falsification to authorities.

S/ Diana M. Dixon, Esq.

Diana M. Dixon, Esq.

107 N. Broad St. Suite 307

Doylestown, PA  18901
215-348-1500