UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Alexandor Vulfov                              Bankruptcy No. 18-18463
and
Lioudmila K. Vulfov
Debtors                                Chapter 13

**AMENDED ORDER AUTHORIZING SALE OF REAL ESTATE**

AND NOW, this __7th__ day of __March__, 2023, upon consideration of the Debtors' Motion for Authority To Sell Real Estate, upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby ORDERED and DECREED:

1. The Debtors' Motion is granted.

2. The Debtors are authorized to sell real property also known as 17 Remington Place, Warminster, PA 18974 upon the terms and conditions of the Agreement of Sale pursuant to 11 U.S.C. Sections 363 and 1303 and at a sale price of $600,000.00.

3. The liens and claims shall attach to the proceeds of the sale described herein pursuant to the Agreement of Sale to the extent and with the priorities provided under applicable non bankruptcy law as such law may be modified by the bankruptcy code.

4. The Debtors are authorized and permitted to make the following distributions from the proceeds generated at settlement:

> (a) All ordinary closing costs including any real estate transfer taxes and realtor's commission shall be paid pursuant to and in conformity with the terms and conditions of the Agreement of Sale and as set forth on the settlement sheet.
>
> (b) Any and all past due real estate taxes, if any, and present real estate taxes, if any, shall be prorated to the date of settlement.
>
> (c) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present prorated municipal claims prorated to the date of settlement.

    (d) Any and all mortgages existing on the subject premises, in order of lien priority, shall be paid in full on the closing date from a payoff statement obtained prior to and good through the closing date.

    (e) Payment of $10,000.00 to the Chapter 13 Trustee Kenneth West, Esquire for distribution to creditors pursuant to the Second Modified Plan Post Confirmation.

    (f). Any remaining proceeds shall be distributed to the Debtors.

5. The purchase offer set forth herein pursuant to the Agreement of Sale is the highest and best offer for the property that the Debtors have received to date and constitutes the purchase in good faith and fair value within the meaning of Section 363 of the Bankruptcy Code.

6. All secured creditors paid in full from the proceeds of the sale, shall file an amended proof of claim or withdraw their proof of claim.

7. The title clerk shall fax a completed settlement sheet from the closing directly to the Trustee immediately upon the close of settlement as well as a copy of the $10,000.00 disbursement check with the check being sent for overnight delivery.

7. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004(g) or 11 USC Section 362.

8. The Debtors are authorized to sign all deeds and other documents needed to transfer good title to the real property to the buyer.

By The Court:

_____
**Honorable Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**