United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 18-18463-amc
Aleksandor Vulfov  Chapter 13
Lioudmila k. Vulfov
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 07, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aleksandor Vulfov, 17 Remington Place, Warminster, PA 18974-1274 |
| jdb | + | Lioudmila k. Vulfov, 17 Remington Place, Warminster, PA 18974-1274 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2023 at the address(es) listed below:

**Name**   **Email Address**

ADAM BRADLEY HALL
   on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com

BRIAN CRAIG NICHOLAS
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

BRIAN E. CAINE
   on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com

DENISE ELIZABETH CARLON
   on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

DIANA M. DIXON

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 07, 2023 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com

DIANA M. DIXON

on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com

JASON BRETT SCHWARTZ

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust jschwartz@friedmanvartolo.com bankruptcy@friedmanvartolo.com

JONATHAN C. SCHWALB

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com

KENNETH E. WEST

ecfemails@ph13trustee.com philaecf@gmail.com

KERI P EBECK

on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

KEVIN G. MCDONALD

on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

LAUREN MOYER

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust lmoyer@friedmanvartolo.com

ROGER FAY

on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust rfay@milsteadlaw.com bkecf@milsteadlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Alexandor Vulfov              Bankruptcy No. 18-18463
and
Lioudmila K. Vulfov
Debtors              Chapter 13

**AMENDED ORDER AUTHORIZING SALE OF REAL ESTATE**

AND NOW, this __7th__ day of __March__, 2023, upon consideration of the Debtors' Motion for Authority To Sell Real Estate, upon notice to all interested parties and any response thereto, and after a hearing before the Court and for good cause shown, it is hereby ORDERED and DECREED:

1. The Debtors' Motion is granted.

2. The Debtors are authorized to sell real property also known as 17 Remington Place, Warminster, PA 18974 upon the terms and conditions of the Agreement of Sale pursuant to 11 U.S.C. Sections 363 and 1303 and at a sale price of $600,000.00.

3. The liens and claims shall attach to the proceeds of the sale described herein pursuant to the Agreement of Sale to the extent and with the priorities provided under applicable non bankruptcy law as such law may be modified by the bankruptcy code.

4. The Debtors are authorized and permitted to make the following distributions from the proceeds generated at settlement:

     (a) All ordinary closing costs including any real estate transfer taxes and realtor's commission shall be paid pursuant to and in conformity with the terms and conditions of the Agreement of Sale and as set forth on the settlement sheet.

     (b) Any and all past due real estate taxes, if any, and present real estate taxes, if any, shall be prorated to the date of settlement.

     (c) Municipal claims, if any, including past due sewer, water or refuse charges, if any, and any present prorated municipal claims prorated to the date of settlement.

(d) Any and all mortgages existing on the subject premises, in order of lien priority, shall be paid in full on the closing date from a payoff statement obtained prior to and good through the closing date.

(e) Payment of $10,000.00 to the Chapter 13 Trustee Kenneth West, Esquire for distribution to creditors pursuant to the Second Modified Plan Post Confirmation.

(f).Any remaining proceeds shall be distributed to the Debtors.

5. The purchase offer set forth herein pursuant to the Agreement of Sale is the highest and best offer for the property that the Debtors have received to date and constitutes the purchase in good faith and fair value within the meaning of Section 363 of the Bankruptcy Code.

6. All secured creditors paid in full from the proceeds of the sale, shall file an amended proof of claim or withdraw their proof of claim.

7. The title clerk shall fax a completed settlement sheet from the closing directly to the Trustee immediately upon the close of settlement as well as a copy of the $10,000.00 disbursement check with the check being sent for overnight delivery.

7. This Order shall be effective immediately and shall not be subject to the Stay otherwise imposed by Bankruptcy Rule 6004(g) or 11 USC Section 362.

8. The Debtors are authorized to sign all deeds and other documents needed to transfer good title to the real property to the buyer.

By The Court:

_____
**Honorable Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**