UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE**: Alexandor Vulfov　　　　　　　　　　　Bankruptcy No. 18-18463
　　　　　　　and
　　　　Lioudmila K. Vulfov
　　　　　　　Debtors　　　　　　　　　　　　　Chapter 13

# PRAECIPE TO AMEND

**TO THE CLERK**:

Kindly amend the petition and docket as follows:

(　) Correct the address of Debtors

(　) Correct the name of Debtors

(　) Correct the address of counsel

(　) Correct the name of counsel

( XX ) Other - Change the address of Debtors

　　Kindly amend the petition of the Debtors as follows:

**Amend Debtors' Address:**

**284 Hudson Court**
**Holland, PA  18974**


　　　　　　　　　　　　　　　　　　　　　　Diana M. Dixon
　　　　　　　　　　　　　　　　　　　　　　107 N. Broad Street
　　　　　　　　　　　　　　　　　　　　　　Suite 307
　　　　　　　　　　　　　　　　　　　　　　Doylestown, PA 18901


　　　　　　　　　　　　　　　　　　　　　　S/Diana M. Dixon
　　　　　　　　　　　　　　　　　　　　　　　Diana M. Dixon
　　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtors