UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Aleksandor Vulfov aka Alex Vulfov Lioudmila k. Vulfov aka Lioudmila Kim<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust<br>Movant<br><br>Aleksandor Vulfov aka Alex Vulfov Lioudmila k. Vulfov aka Lioudmila Kim<br>Kenneth E. West, Trustee<br>Respondents | Case No.: 18-18463-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan |

## ORDER

AND NOW, this _____ day of _____, 2023, it is hereby ORDERED and DECREED that the Stipulation resolving Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust's Certification of Default and Limited Objection to Debtor's Motion to Sell Property located at 17 Remington Place, Warminster, PA 18974, is APPROVED.

BY THE COURT:

**Date: March 20, 2023**

_____
Ashely M. Chan,
Bankruptcy Judge