UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov and Lioudmila K. Vulfov<br>Debtors | Bankruptcy No. 18-18463<br><br>Chapter 13 |

### CERTIFICATION OF NO RESPONSE

**Diana M. Dixon**, Attorney for the Debtors in the above-captioned matter, hereby certifies that no answer, objection or other responsive pleading has been filed by any creditor or other interested party in regards to the Motion to Modify the Plan Post Confirmation on or before March 28, 2023 which is more than twenty-one (21) days from when the Motion was served.

S/Diana M. Dixon, Esq.
Diana M. Dixon, Esq.