# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka Lioudmila Kim<br>                    Debtor(s) | CHAPTER 13 |
| PNC BANK NATIONAL ASSOCIATION, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 18-18463 AMC |
| Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila K. Vulfov aka Lioudmila Kim<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Certification of Default of PNC BANK NATIONAL ASSOCIATION, which was filed with the Court on or about **October 18, 2022**.

Dated: March 29, 2023

                                        Respectfully submitted,

                                        /s/ Denise Carlon
                                        Denise Carlon, Esq.
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        Phone: (215) 627-1322
                                        dcarlon@kmllawgroup.com