UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov and Lioudmila K. Vulfov Debtors | Bankruptcy No. 18-18463 Chapter 13 |

### ORDER

**AND NOW,** this 17th day of April, 2023 upon consideration of Debtors' Counsel's Application to Approve Supplemental Fees for services rendered after Confirmation pursuant to Local Rule 2016-2

It is Ordered that Fees in the amount of $1,500.00 are Approved for Diana M. Dixon, Esq. in relation to services rendered for modifying the plan post confirmation and for filing a Motion to Sell Real Estate.

Upon approval of the Supplemental Fee Application, the Trustee shall pay counsel's administrative priority fees in accordance with the modified plan.

By the Court:

_____

Ashely M. Chan

U.S. BANKRUPTCY JUDGE