UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila k. Vulfov aka Lioudmila Kim<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust<br>Movant<br><br>Aleksandor Vulfov aka Alex Vulfov<br>Lioudmila k. Vulfov aka Lioudmila Kim<br>Kenneth E. West, Trustee<br>Respondents | Case No.: 18-18463-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan |

**PRAECIPE TO WITHDRAW**

TO THE CLERK:

Kindly withdraw the Proof of Claim (Claim #3-1) filed by Creditor, SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust, or its predecessor in interest, on January 10, 2019, as said loan has been paid in full.

Dated: April 27, 2023

By: /s/ <i>Lauren M. Moyer</i><br>
Lauren M. Moyer, Esquire<br>
FRIEDMAN VARTOLO LLP<br>
Attorneys for Movant<br>
1325 Franklin Avenue, Suite 160<br>
Garden City, New York 11530<br>
T: (212) 471-5100<br>
F: (212) 471-5150<br>
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Aleksandor Vulfov aka Alex Vulfov Lioudmila k. Vulfov aka Lioudmila Kim<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust<br>Movant<br><br>Aleksandor Vulfov aka Alex Vulfov Lioudmila k. Vulfov aka Lioudmila Kim<br>Kenneth E. West, Trustee<br>Respondents | Case No.: 18-18463-amc<br><br>Chapter: 13<br><br>Judge: Ashely M. Chan |

## CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on April 27, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: April 27, 2023

By:  /s/  *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

# SERVICE LIST

**Service by NEF**

Diana M. Dixon, Esquire
Dixon Law Offices
107 N. Broad Street
Suite 307
Doylestown, PA 18901
***Debtors' Attorney***

Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
***Trustee***

United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building
Suite 320
Philadelphia, PA 19107
***U.S. Trustee***

**Service by First-Class Mail**

Aleksandor Vulfov aka Alex Vulfov
17 Remington Place
Warminster, PA 18974

Lioudmila K. Vulfov aka Lioudmila Kim
17 Remington Place
Warminster, PA 18974
***Debtors***