UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE**: Alexandor Vulfov and Lioudmila K. Vulfov  Debtors | Bankruptcy No. 18-18463  Chapter 13 |

# O R D E R

**AND NOW,** upon consideration of the Debtors' Motion to Modify Confirmed Plan **(Doc. #150)**, and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtors' Second Modified Plan Post Confirmation (**Doc. # 148**) is **APPROVED**.

Date: May 23, 2023

_____
**Ashely M. Chan**
**U.S. BANKRUPTCY JUDGE**