Certificate Number: 15317-PAE-DE-038285218

Bankruptcy Case Number: 18-18463



15317-PAE-DE-038285218

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2024</u>, at <u>7:42</u> o'clock <u>AM PDT</u>, <u>Alexander Vulfov</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 16, 2024          By:   /s/Christel Raz

                               Name: Christel Raz

                               Title: Counselor