Certificate Number: 15317-PAE-DE-038285219

Bankruptcy Case Number: 18-18463



15317-PAE-DE-038285219

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 16, 2024</u>, at <u>7:42</u> o'clock <u>AM PDT</u>, <u>Lioudmila Vulfov</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 16, 2024</u>

By:    <u>/s/Christel Raz</u>

Name:  <u>Christel Raz</u>

Title:  <u>Counselor</u>