United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 18-18463-amc

Aleksandor Vulfov  Chapter 13

Lioudmila k. Vulfov

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4

Date Rcvd: May 15, 2024  Form ID: 138OBJ  Total Noticed: 52

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Aleksandor Vulfov, Lioudmila k. Vulfov, 284 Hudson Court, Holland, PA 18966-2754 |
| 14577130 | + Diana M. Dixon, Esq., 107 N. Broad Street, Suite 307, Doylestown, PA 18901-3755 |
| 14252230 | First Atlantic Auto Credit, 14 Breakneck Hill Road, # 200, South Park, PA 15129-3600 |
| 14295549 | + PNC Bank National Association, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 15 2024 23:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14252214 | Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 23:47:00 | Atlantic Credit & Finance, Inc., PO Box 13386, Roanoke, VA 24033-3386 |
| 14252215 | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 23:46:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14252216 | Email/Text: creditcardbkcorrespondence@bofa.com | May 15 2024 23:46:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14270780 | + Email/Text: mortgagebkcorrespondence@bofa.com | May 15 2024 23:47:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14252218 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 15 2024 23:49:57 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14261765 | + Email/Text: bankruptcy@cavps.com | May 15 2024 23:47:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14262001 | + Email/Text: bankruptcy@cavps.com | May 15 2024 23:47:00 | Cavalry SPV I, LLC, PO BOX 27288, Tempe AZ 85285-7288 |
| 14276622 | + Email/Text: RASEBN@raslg.com | May 15 2024 23:47:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14252221 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:56 | Citi Cards, PO Box 6062, Sioux Falls, SD 57117 |
| 14252222 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:56 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14252223 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:34 | Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 14252224 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 15 2024 23:47:00 | Comenity Bank (Victoria Secret), Bankruptcy |

District/off: 0313-2 | User: admin | Page 2 of 4
Date Rcvd: May 15, 2024 | Form ID: 138OBJ | Total Noticed: 52

| | | | |
|---|---|---|---|
| | | | Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14252225 | + Email/PDF: creditonebknotifications@resurgent.com | May 15 2024 23:49:55 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14252229 | Email/Text: mrdiscen@discover.com | May 15 2024 23:46:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14252236 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:47 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 14252217 | Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:56 | Bloomingdales, PO Box 8058, Mason, OH 45040-8058 |
| 14252226 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:35 | Department Stores Nat'l Bank, PO Box 8066, Mason, OH 45040-8066 |
| 14252227 | + Email/PDF: Citi.BNC.Correspondence@citi.com | May 15 2024 23:49:47 | Department Stores Nat'l Bk-Bloomingdales, PO Box 8066, Mason, OH 45040-8066 |
| 14252228 | Email/Text: mrdiscen@discover.com | May 15 2024 23:46:00 | Discover, PO Box 3025, New Albany, OH 43054-3025 |
| 14254118 | Email/Text: mrdiscen@discover.com | May 15 2024 23:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14252231 | Email/Text: GCSBankruptcy@gcserv.com | May 15 2024 23:46:00 | GC Services Limited Partnershi, 6330 Gulfton, Houston, TX 77081 |
| 14252232 | Email/Text: GCSBankruptcy@gcserv.com | May 15 2024 23:46:00 | GC Services Limited Partnership, PO Box 3855, Houston, TX 77253 |
| 14252233 | ^ MEBN | May 15 2024 23:40:54 | Hayt, Hayt & Landau, LLC, PO Box 500, Eatontown, NJ 07724-0500 |
| 14252234 | + Email/Text: sbse.cio.bnc.mail@irs.gov | May 15 2024 23:47:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14252235 | Email/Text: clientservices@paradigmassets.com | May 15 2024 23:47:00 | JHPDE Finance 1, LLC, 5757 Phantom Drive, Hazelwood, MO 63042 |
| 14252219 | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2024 23:49:34 | Cardmember Services (Chase), PO Box 15298, Wilmington, DE 19850-5298 |
| 14252220 | Email/PDF: ais.chase.ebn@aisinfo.com | May 15 2024 23:49:45 | Cardmember Services (Chase), PO Box 15548, Wilmington, DE 19886-5548 |
| 14263883 | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2024 23:49:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14252237 | Email/Text: amps@manleydeas.com | May 15 2024 23:47:00 | Manley Deas Kochalski, LLC, ATTN: Christina Lynn Connor, Esq., PO Box 165028, Columbus, OH 43216-5028 |
| 14252238 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 23:47:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14273475 | + Email/Text: bankruptcydpt@mcmcg.com | May 15 2024 23:47:00 | Midland Funding LLC, Po Box 2011, Warren MI 48090-2011 |
| 14252239 | + Email/Text: nsm_bk_notices@mrcooper.com | May 15 2024 23:47:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14255391 | Email/Text: amps@manleydeas.com | May 15 2024 23:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Karina Velter, Esq., Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14256683 | + Email/Text: nsm_bk_notices@mrcooper.com | May 15 2024 23:47:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, Attention: Bankruptcy Department, PO Box 619096, Dallas TX 75261-9096 |
| 14252240 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 15 2024 23:46:00 | Neiman Marcus, PO Box 729080, Dallas, TX 75372-9080 |
| 14252241 | + Email/Text: bnc@nordstrom.com | May 15 2024 23:47:58 | Nordstrom, PO Box 6555, Englewood, CO |

|  |  |  | 80155-6555 |
|---|---|---|---|
| 14252242 | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2024 23:46:00 | PNC Bank, PO Box 1820, Dayton, OH 45401-1820 |
| 14326290 | Email/Text: Bankruptcy.Notices@pnc.com | May 15 2024 23:46:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 14252243 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 15 2024 23:49:45 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 14261984 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 15 2024 23:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14548193 | ^ MEBN | May 15 2024 23:40:52 | SN Servicing Corporation, as Servicer for U.S. Bank Trust, c/o FRIEDMAN VARTOLO, LLP, Attorneys for SN Servicing Corporation, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 14252244 | + Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 15 2024 23:47:00 | Toyota Financial Services, ATTN: Bankruptcy Dept., PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 14271889 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 15 2024 23:47:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14440689 | ^ MEBN | May 15 2024 23:40:45 | US Bank Trust National Association, c/o SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501-0305 |
| 14509910 | + Email/Text: bknotices@snsc.com | May 15 2024 23:47:00 | US Bank Trust, NA as Trustee of the Cabana Series, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14252245 | + Email/Text: BAN5620@UCBINC.COM | May 15 2024 23:47:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14252246 | + Email/Text: bkfilings@zwickerpc.com | May 15 2024 23:47:00 | Zwicker & Associates, P.C., ATTN: Jonathan P. Cawley, Esq., 3220 Tillman Drive, Bensalem, PA 19020-2028 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14279361 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2024                        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 4 of 4
Date Rcvd: May 15, 2024 | Form ID: 138OBJ | Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com |
| BRIAN E. CAINE | on behalf of Creditor US Bank Trust National Association as Trustee of the Cabana Series IV Trust bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| DIANA M. DIXON | on behalf of Debtor Aleksandor Vulfov dianamdixonesq@gmail.com |
| DIANA M. DIXON | on behalf of Joint Debtor Lioudmila k. Vulfov dianamdixonesq@gmail.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| JONATHAN C. SCHWALB | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bankruptcy@friedmanvartolo.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| LAUREN MOYER | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust bkecf@friedmanvartolo.com |
| ROGER FAY | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of the Cabana Series IV Trust rfay@alaw.net  bkecf@milsteadlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Aleksandor Vulfov and Lioudmila k.
Vulfov

                    Debtor(s)                              Case No: 18−18463−amc

                                                          Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/15/24